```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 15327
    ROBERT PRESSOIR
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-6112


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 08/23/2007 and was not confirmed.

    The case was dismissed without confirmation 12/12/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------

AMERICAS SERVICING COMPA CURRENT MORTG        .00            .00           .00
AMERICAS SERVICING COMPA MORTGAGE ARRE        .00            .00           .00
AMERICAS SERVICING COMPA CURRENT MORTG        .00            .00           .00
AMERICAS SERVICING COMPA MORTGAGE ARRE        .00            .00           .00
GLENVIEW STATE BANK      SECURED VEHIC    3200.00            .00           .00
HARRIS BANK BARRINGTON N SECURED VEHIC    6035.00            .00           .00
INTERNAL REVENUE SERVICE PRIORITY         4534.72            .00           .00
ROBERT J ADAMS & ASSOC   PRIORITY       NOT FILED            .00           .00
AMERICAN EXPRESS BANK    UNSECURED        2183.09            .00           .00
AMERICAN GENERAL FINANCE UNSECURED        3753.15            .00           .00
BENEFICIAL/HOUSEHOLD FIN UNSECURED       NOT FILED            .00           .00
CAPITAL ONE              UNSECURED        8009.74            .00           .00
RESURGENT CAPITAL SERVIC UNSECURED        6972.27            .00           .00
CODILIS & ASSOCIATES ^   UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT CORP    UNSECURED       10721.40            .00           .00
FNCS                     UNSECURED       NOT FILED            .00           .00
GEMB JCPENNY             UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT CORP    UNSECURED         626.26            .00           .00
ECAST SETTLEMENT CORP    UNSECURED         890.08            .00           .00
ECAST SETTLEMENT CORP    UNSECURED        1362.02            .00           .00
HSBC                     UNSECURED       NOT FILED            .00           .00
ROUNDUP FUNDING LLC      UNSECURED        1555.35            .00           .00
NATL TIRE & BATTERY      UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT CORP    UNSECURED        1249.78            .00           .00
US BANK NATIONAL         NOTICE ONLY    NOT FILED            .00           .00
CAPITAL ONE              UNSECURED         337.04            .00           .00
CAPITAL ONE              UNSECURED        2797.05            .00           .00
GLENVIEW STATE BANK      UNSECURED         725.51            .00           .00
INTERNAL REVENUE SERVICE UNSECURED         949.65            .00           .00
ROUNDUP FUNDING LLC      UNSECURED         708.71            .00           .00
ILLINOIS DEPT OF REVENUE PRIORITY          641.13            .00           .00
ILLINOIS DEPT OF REVENUE UNSECURED          63.00            .00           .00
RESURGENT CAPITAL SERVIC UNSECURED        1045.92            .00           .00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY    2,306.33                           .00
TOM VAUGHN               TRUSTEE                                           .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 15327 ROBERT PRESSOIR
```

```
DEBTOR REFUND            REFUND                                              .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                                     .00
SECURED                                                      .00
UNSECURED                                                    .00
ADMINISTRATIVE                                               .00
TRUSTEE COMPENSATION                                         .00
DEBTOR REFUND                                                .00
                         --------------        --------------
TOTALS                         .00                   .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 03/27/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 15327 ROBERT PRESSOIR